SEALED 



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Case No. 2 08 - MJ - 0157

UNITED STATES,

    Plaintiff,

    v.

[SEALED],

    Defendant.

**UNDER SEAL**

S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit in Support of the Criminal Complaint, and Arrest Warrant, in the above-captioned matter be, and is, hereby ordered SEALED until further order of this Court.

DATED: 4/30/08

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE