John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Chance Vigil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00387 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| Chance Vigil, | ) | |
| | ) | Date:  9/25/08 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Chance Vigil, John R. Manning Esq., that the status conference presently set for September 25, 2008 be **continued to October 9, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the requested continuance is based upon the need of defense counsel to review discovery in the

1

case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: September 23, 2008         /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Chance Vigil


Dated: September 23, 2008         McGREGOR W. SCOTT
                                  United States Attorney

                              by:  /s/ Jason Hitt
                                  Jason Hitt
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-08-00387 MCE |
|                  Plaintiff, | ) |
|      v. | ) ORDER TO<br>) CONTINUE STATUS CONFERENCE |
| Chance Vigil | ) |
|                  Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the September 25, 2008 status conference be continued to October 9, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to October 9, 2008.

IT IS SO ORDERED.

Dated: September 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3