John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Chance Vigil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00387 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| Chance Vigil, | ) | |
| | ) | Date:  10/9/08 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Chance Vigil, John R. Manning Esq., that the status conference presently set for October 9, 2008 be **continued to October 23, 2008, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the requested continuance is based upon the need of defense counsel to review the plea

1

1 | agreement with the defendant. The parties stipulate and agree
2 | that the interests of justice served by granting this continuance
3 | outweigh the best interests of the public and the defendant in a
4 | speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: October 8, 2008          /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Chance Vigil


Dated: October 8, 2008          McGREGOR W. SCOTT
                                United States Attorney


                           by:  /s/ Jason Hitt
                                Jason Hitt
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-08-00387 MCE |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) ORDER TO |
|  | ) CONTINUE STATUS CONFERENCE |
| Chance Vigil | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

   GOOD CAUSE APPEARING, it is hereby ordered that the October 9, 2008 status conference be continued to October 23, 2008 at 9:00 a.m.  In accordance with the stipulation entered into by the parties, time will be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to October 23, 2008.

   IT IS SO ORDERED.

Dated: October 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3